UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
DAMIAN MARTIN, on behalf of himself and all others similarly situated,

                                      Plaintiff,

-v.-

D.P. DIAMOND PALACE, INC.,

                                      Defendants.
-------------------------------------------------------------------------x

Civil Action No:
1:23-cv-5282

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: December 12, 2023

Respectfully Submitted,

/s/Mark Rozenberg
Mark Rozenberg
**Stein Saks, PLLC**
One University Plaza, Suite 620
Hackensack, NJ 07601
mrozenberg@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

**Certificate of Service**

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 12th day of December, 2023        Respectfully Submitted,

                                                  */s/ Mark Rozenberg*
                                                  Mark Rozenberg

**So Ordered.**
s/Nicholas G. Garaufis
——————————————
**Hon. Nicholas G. Garaufis**
**Date:** 12/19/23